**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Rodney AMIE, also known as Hoop,
also known as Oof, Defendant–
Appellant.**

No. 13–11288
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 22, 2014.

James Wesley Hendrix, Assistant U.S.
Attorney, U.S. Attorney's Office, Dallas,
TX, for Plaintiff–Appellee.

Bonita L. Gunden, Assistant Federal
Public Defender, Federal Public Defend-
er's Office, Amarillo, TX, William Ernest
Hermesmeyer, Assistant Federal Public
Defender, Federal Public Defender's Of-

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

fice, Fort Worth, TX, for Defendant–Appellant.

Before DAVIS, CLEMENT and COSTA, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rodney Amie has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Amie has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Amie's response. We concur with counsel's assessment that the appeal presents no non-frivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.